NDFL Prob 35

(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 1:01CR48-002

James Leonard McDuffie

On September 17, 2003, the above named was placed on Probation for a period of Five (5) years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that James Leonard McDuffie be discharged from Probation.

Respectfully submitted,

Darlene M. Galloway
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this __11TH__ day of __January__ , 2006.

Honorable Maurice M. Paul
Senior United States District Judge